IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENALDO D. DOMINGUEZ,<br><br>                              Petitioner,<br><br>        v.<br><br>P.D. BRAZELTON, Warden,<br><br>                              Respondent. | Case No. C 12-6288 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including July 3, 2013, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within thirty (30) days after the answer has been filed and served.

Dated:  6/13/13

*Lucy H. Koh*

The Honorable Lucy H. Koh

1

[~~Proposed~~] Order (C 12-6288 LHK (PR))