IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RENALDO D. DOMINGUEZ,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN P.D. BRAZELTON,**<br><br>Respondent. | C 12-6288 LHK (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including August 29, 2013, to file a Reply to petitioner's Opposition to Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus.

DATED: 8/6/13

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1

*Dominguez v. Brazelton, Warden* (C 12-6288 LHK (PR)