IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RENALDO D. DOMINGUEZ,** <br><br> Petitioner, <br><br> v. <br><br> **WARDEN P.D. BRAZELTON,** <br><br> Respondent. | C 12-6288 LHK (PR) <br><br> [~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including August 29, 2013, to file a Reply to petitioner's Opposition to Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus.

DATED: 8/6/13

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1

*Dominguez v. Brazelton, Warden* (C 12-6288 LHK (PR))